UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABINE KRAUT,<br><br>                 Plaintiff,<br><br>                 v.<br><br>WAFRA INC.,<br>FRANCIS P. LIVELY,<br><br>                 Defendants. | Case No. 1:18-CV-11155-DAB |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Wafra Inc., through its counsel, hereby provides the following corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1. Wafra is not a publicly traded company and no publicly held corporation owns more than ten percent of its stock. Its parent corporation is the Public Institution for Social Security of Kuwait.

Dated: New York, New York
         December 11, 2018

                                            PAUL, WEISS, RIFKIND, WHARTON
                                            & GARRISON LLP

                                            /s/ Martin Flumenbaum
                                            Martin Flumenbaum
                                            Brette Tannenbaum
                                            1285 Avenue of the Americas
                                            New York, New York 10019
                                            212-373-3000
                                            mflumenbaum@paulweiss.com
                                            btannenbaum@paulweiss.com

                                            *Counsel for Defendant Wafra Inc.*