AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

SABNIE KRAUT

Plaintiff(s),

V.

WAFRA INC., and FRANCIS P. LIVELY,

Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:18-cv-11155-DAB

Notice is hereby given that, subject to approval by the court, __Sabine Kraut__ (Party(s) Name) substitutes __Martha M. McBrayer__ (Name of New Attorney), State Bar No. __2850881__ as counsel of record in place of __Milton L. Williams, Adam P. Cohen, and Avni P. Patel of Walden Macht & Haran LLP__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: McBrayer Law
- Address: 244 Fifth Avenue #C257 NY NY 10001
- Telephone: (646) 931-0750    Facsimile: ___
- E-Mail (Optional): martha@mcbrayerlawoffice.com

I consent to the above substitution.

Date: 12/19/2018

(Signature of Party(s))

I consent to being substituted.

Date: 12/20/2018

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 12/20/18

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ___

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]