

January 24, 2019

**BY ECF AND HAND DELIVERY**

The Honorable Deborah A. Batts
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Kraut v. Wafra Inc., et al.,* No. 1:18-cv-11155-DAB (S.D.N.Y.)

Dear Judge Batts:

    We represent Francis P. Lively in the above-captioned action. The parties in this action have agreed to participate in mediation. Pursuant to Section I, subsection E, of the Rules of Individual Practices, we write to request that you grant the enclosed joint stipulation extending Mr. Lively's time to respond to the Complaint thirty days following the termination of mediation. The current deadline for Mr. Lively to respond to the Complaint is February 1, 2019. This is Mr. Lively's second request for an extension of that deadline.

        Respectfully submitted,

        /s/ William A. Brewer III
        William A. Brewer III

cc:    Counsel of Record (by ECF)

750 Lexington Avenue, 14th Floor • New York, NY 10022 • 212.489.1400 • f: 212.751.2849 • Brewerattorneys.com

4844-7680-1926.1
2281-03